```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                         ORDER
     - v. -                       :
                                         20 Mag. 5114
WILLIAM SADLEIR,                  :

            Defendant.            :

- - - - - - - - - - - - - - - - - x
```

Upon the application of the Government, it is found that the complaint in the above-captioned action (the "Complaint") is currently sealed;

It is further found that the defendant is in custody and Government has applied to have the Complaint unsealed; and

It is therefore ORDERED that the Complaint be unsealed immediately.

Dated:  New York, New York
        May 22, 2020

_____
THE HONORABLE KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK